IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br>1718 Connecticut Avenue, N.W., Suite 200<br>Washington, D.C. 20009<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE,<br>1401 Constitution Avenue, N.W.<br>Washington, D.C. 20230<br><br>BUREAU OF THE CENSUS,<br>4600 Silver Hill Road<br>Suitland, Md. 20746<br><br>    Defendants. | Civ. Action No.   18-2711 |

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia corporation with no parent companies, no subsidiaries, and no affiliates. There are no companies which own at least 10% of the stock of EPIC that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/  John Davisson
　　　　　　　　　　　　　　　　　　　　　　　　JOHN DAVISSON, D.C. Bar #1531914
　　　　　　　　　　　　　　　　　　　　　　　　EPIC Counsel

                                      ELECTRONIC PRIVACY
                                      INFORMATION CENTER
                                      1718 Connecticut Avenue, N.W.
                                      Suite 200
                                      Washington, D.C. 20009
                                      (202) 483-1140 (telephone)
                                      (202) 483-1248 (facsimile)

Dated: November 21, 2018