# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
          Plaintiff

vs.                    Civil Action No. **18-2711**

U.S. Department of Commerce, et al.
          Defendant

## NOTICE OF APPEAL

Notice is hereby given this **12th** day of **February**, 20**19**, that **Plaintiff Electronic Privacy Information Center** hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the **8th** day of **February**, 20**19** in favor of **Defendants U.S. Department of Commerce, et al.** against said **Plaintiff Electronic Privacy Information Center.**

/s/ John L. Davisson
Attorney or Pro Se Litigant

Electronic Privacy Information Center
1718 Connecticut Ave NW, Suite 200
Washington, DC 20017
202-483-1140
Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated: